

04/17/2022  08:21:04







04/17/2022 08:22:06





04/17/2022   08:22:18





04/17/2022 08:22:18



04/17/2022  08:22:49



Apr 17, 2022 08:18:20



04/17/2022 08:23:45



Apr 17, 2022 08:18:21





04/17/2022  08:24:03



04/17/2022 08:24:04









