








Time of Transaction: 4:08 PM

Time of Transaction: 4:11 PM