



04-28-2022 Thu 08:54:21 CST

Front Door



04-28-2022 Thu 08:54:24 (S)

Front Door



04-28-2022  Thu 08:55:14 (S)2

Reg 2



04-28-2022  Thu 08:55:19 (S)

Reg 2



04-28-2022  Thu 08:55:22 (S)2

Reg 2









04-28-2022 Thu 08:55:46 (S)

Office


Case 3:22-cr-00122-JAG   Document 102-3   Filed 02/10/23   Page 11 of 23 PageID# 432





04-28-2022 Thu 08:55:56 (S)

Reg 2





04-28-2022 Thu 08:56:15 (S

Reg 2





04-28-2022 Thu 08:56:12 (S)2

Reg 2











04-28-2022 Thu 08:56:45 (S)

Front Door

